UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** 11/4/19          **Time:** 19 minutes          **Judge:** WILLIAM ALSUP

**Case No.:** 19-cr-00257-SI-2     **Case Name:** U.S. v. ERASTO CAMPOS (c)(p)

Attorney for Govt.: Eric Cheng
Attorney for Defendant: Thomas Carlucci

**Deputy Clerk:** Tracy Kasamoto          **Court Reporter:** Kathy Sullivan
**Interpreter:** n/a                                 **Probation Officer:** n/a

## PROCEEDINGS

1) Change of Plea - HELD

Order to be prepared by:  ( )Pltf    ( )Deft    ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN PART
( ) SUBMITTED

Case continued to **1/28/20 @ 11:00 a.m.**   for Sentence  (specially set)

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due: , Opposition: ,  Reply: )

Case continued to  **@ 3:00/3:30 p.m.**   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**   for Trial  (Jury**:**  Days)

Category of Excludable Delay:
Delay ends:     (          )

## SUMMARY

The parties filed a written plea agreement in open court.
The defendant pleaded guilty to Counts 1 and 3 of the Superseding Indictment.
Case referred to probation for the preparation of a PSR.